IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3107 |
| | ) | |
| v. | ) | |
| | ) | |
| ARRMON H. DAUGHERTY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Continuing his string of frivolous pleadings (filing no. 74, filing no. 75, filing no. 76, filing no. 77, filing no. 78, filing no. 79, filing no. 80, filing no. 81, filing no. 82, filing no. 85), the defendant has submitted a Motion to Vacate Under 28 U.S.C. § 2255.  After initial review, I deny the motion and dismiss it with prejudice.

First, the records plainly reveal that the motion is not timely under 28 U.S.C. § 2255(f), and the defendant has shown no basis for equitable tolling.  Second, the assertion that Congress cannot criminalize drug dealing and that this court is not a court of the United States is silly.

IT IS ORDERED that:

1. The Motion to Vacate under 28 U.S.C. § 2255 (filing no. 88) is denied and dismissed with prejudice.

2. A separate judgment will be issued.

DATED this 27th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge