IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ARRMON H. DAUGHTERY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall provide a copy of the defendant's "petition for review of an order" (filing 113) to the Clerk of Court of the Eighth Circuit Court of Appeals.

Dated February 5, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge