IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| ARRMON H. DAUGHERTY, | ) | |
| | ) | |
| Defendant. | ) | |

The Clerk has asked for direction.

IT IS ORDERED that the "petition" (filing no. 113) should be treated as a timely notice of appeal of the order (filing no. 112) denying the motion for deferment of the special assessment. Mr. Daugherty is permitted to appeal in forma pauperis. The Clerk shall process the appeal in the normal course.

Dated April 9, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge